In re Alonzo, Gene; Assevedo, Malcolm; Assevedo, Richard J., Jr.; Barisich, George; Barisich, Joseph; Borden, Dale; Borden, Harry D.; Campo, Donnie; Caywood, William; Cibilie, Pedro; Clear Water Oyster Inc.; Collins, Joseph; Domigo, Ramo; Es-teves, Anthony, Jr.; Esteves, Tony E., Ill; Gonzales, Carol Ann; Gonzales, Joseph A.; Gulf Quality Inc.; Hadley, Thomas J.; La-peyrouse, Charles; Lapeyrouse, Nolan; Melerine, Burton; Melerine, Gordon; Mele-rine, Randy; Melerine, Violet; Melerine, Wayne M., Sr.; Mook, Elenora Robin; Perez, Catherine S.; Poirrier, Eugenie; Ritter, Charlaine; Robin, Brad; Robin, Brian; Robin, Chris J.; Robin, Colby; Robin, Debra G.; Robin Don; Robin, Doris G.; Robin, Edward, Jr.; Robin, Edward Sr.; Robin, Janice; Robin, John; Vekie, Mariga; Vekie, Ni-kola A.; Vekie, Nikola P.; White, James R., Jr.; Tesvich, Lisa; Tesvich, Peter T.; White, Wade; Zibilich, Matthew; Zibilieh, Stanka; Clearwater Oyster Inc.; Gulf Quality Inc.;— Plaintiffs); applying for supervisory and/or remedial writs; to the Court of Appeal, Fourth Circuit, No. 97CW-0067; Parish of St. Bernard, 34th Judicial District Court, Div. “B”, No. 79-080.
Denied.
CALOGERO, C.J., would grant the writ.
KIMBALL, J., not on panel.